UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASEAN JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>        Defendants. | Case No. 5:20-cv-02179-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:    June 29, 2021

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE